Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, NV 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Plaintiff,
U.S. Bank, National Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT C. COFFMAN, an individual,<br><br>Defendant. | Case No. 2:18-cv-02212-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE, WITHOUT PREJUDICE** |

Plaintiff U.S. Bank, National Association and Defendant Robert C. Coffman, acting through their respective undersigned counsel of record, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), this case shall be dismissed, **without** prejudice;

2. It is expressly recognized by the parties that this case is being dismissed by stipulation, as the parties have reached a settlement of the claims asserted in this matter, and any limitations set forth in Federal Rule of Civil Procedure Rule 41(a)(1)(B) (or any Nevada or California state counterpart) regarding multiplicity of suits/actions is inapplicable to the parties; and,

/ / /

/ / /

/ / /

3. Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

SMITH LARSEN & WIXOM

_____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel:  (702) 252-5002
Fax:  (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Plaintiff
U. S. Bank, National Association

Dated: May 24, 2019

LAW OFFICES OF STEPHEN T. CUMMINGS

_____
Stephen T. Cummings, Esq.
Nevada Bar No. 6944
518 S. 9th St.
Las Vegas, Nevada 89101
Tel:  (619) 702-4095
Fax:  (619) 702-4098
Email: stcLaw@sbcGlobal.net
Attorneys for Defendant
Robert C. Coffman

Dated: May 21, 2019

## ORDER

**IT IS SO ORDERED.**

Dated this  28th  day of _____May_____, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

- 2 -